UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                  Plaintiff,<br><br>-against-<br><br>SEAN COMBS, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., DOE CORPORATIONS 1-10, and DOE DEFENDANTS 11-20,<br><br>                  Defendants. | Case No. 1:25-cv-00996 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      Plaintiff commenced this action on February 4, 2025. Dkt. 1 ("Complaint" or "Compl."). The Complaint was filed under the pseudonym John Doe. "The use of pseudonyms runs afoul of the public's common law right of access to judicial proceedings, a right that is supported by the First Amendment," although there are "a limited number of exceptions to the general requirement of disclosure of the names of parties, which permit plaintiffs to proceed anonymously." *Doe v. Delta Airlines, Inc.*, 310 F.R.D. 222, 224 (S.D.N.Y. 2015) (brackets, quotation marks, and citations omitted), *aff'd*, 672 F. App'x 48 (2d Cir. 2016) (summary order). Plaintiff did not yet seek leave to proceed under a pseudonym. Plaintiff shall submit an appropriate application, including a proposed order, explaining why he should be allowed to proceed on a pseudonym no later than thirty (30) days after service of the Complaint. Defendants that then have an opportunity to respond to the motion. If Plaintiff fails to timely file this motion, the Court shall order the disclosure of his identity.

Dated: February 13, 2025
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge