UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-against-

SEAN COMBS, et al.,

                Defendants.

Case No. 1:25-cv-00996 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    At the time of the filing of the Complaint, Plaintiff was permitted by the Part I judge to file anonymously without prejudice to reconsideration at a future point. Dkt. 11. The Court intends to review this determination with the benefit of full briefing from both parties.

    Consistent with Dkt. 10, to provide Defendant with an opportunity to respond to the request, Plaintiff shall resubmit his application, including a proposed order, explaining why he should be allowed to proceed on a pseudonym no later than thirty (30) days after service of the Complaint. Defendants will then have an opportunity to respond to the motion. Once the Court has received full briefing on the matter, the Court will consider whether Plaintiff may continue to proceed using a pseudonym.

Dated: February 25, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge