AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| John Doe | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:25-cv-00996-JLR |
| Sean Combs, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff John Doe                                                                                                    .

Date:     04/03/2025

_____
*Attorney's signature*

Alan Goldstein (4371340)
*Printed name and bar number*

26565 Agoura Road, Suite 200
Calabasas, CA 91302
*Address*

avi@thebloomfirm.com
*E-mail address*

(818) 914-7397
*Telephone number*

(818) 960-0270
*FAX number*