UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>                      Plaintiff,<br><br>    v.<br><br>SEAN COMBS, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS, INC., BAD BOY PRODUCTIONS HOLDINGS, INC., BAD BOY BOOKS HOLDINGS, INC., DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20,<br><br>                      Defendants. | Case No. 25-cv-00996<br><br>NOTICE OF MOTION |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Declaration of Michael Tremonte, dated May 19, 2025, the exhibit annexed thereto and upon all prior proceedings had herein, Defendants Sean Combs, Bad Boy Entertainment LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., and Bad Boy Books Holdings, Inc (collectively, the "Combs Defendants") will move this Court, in accordance with Fed. R. Civ. P. 12(b)(6), before the Honorable Jennifer L. Rochon at the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, New York 10007, for an order dismissing Plaintiff's Complaint in its entirety with prejudice (ECF No. 1).

Pursuant to the Court's May 9, 2025 order, answering declarations and memorandum of law, if any, shall be filed on or before June 23, 2025, and any reply declarations and memorandum of law shall be filed on or before July 21, 2025, unless otherwise extended by the Court. ECF No. 36.

|  |  |
|---|---|
| Dated: New York, New York<br>May 19, 2025 | SHER TREMONTE LLP<br><br> /s/    Michael Tremonte<br>Michael Tremonte<br>Erica A. Wolff<br>Alexandra Conlon<br>Raphael A. Friedman<br>90 Broad Street, 23rd Floor<br>New York, New York 10004<br>Tel.: (212) 202-2600<br>Fax: (212) 202-4156<br>mtremonte@shertremonte.com<br>ewolff@shertremonte.com<br>aconlon@shertremonte.com<br>rfriedman@shertremonte.com<br><br>*Attorneys for Combs Defendants* |