

June 19, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re: *John Doe v. Sean Combs, et al.*; Case No. 1:25-cv-00996 (JLR)**

Dear Judge Rochon:

We represent Plaintiff John Doe in the above-referenced case. We write respectfully to request an extension of time to oppose the Motions to Dismiss filed by Defendants Sean Combs, Bad Boy Records LLC, Bad Boy Entertainment LLC, Bad Boy Entertainment Holdings, Inc., Bad Boy Productions Holdings, Inc., and Bad Boy Books Holdings, Inc., (collectively "Defendants"). Plaintiff requests that the current deadline to oppose the motions be extended from June 23, 2025 to **July 21, 2025**, and that the deadline for Defendants' replies be extended from July 21, 2025 to **August 18, 2025**.

The requested extension is necessary to allow Plaintiff sufficient time to prepare and circulate a proposed amended Complaint. If acceptable to Defendants, the amended pleading will render the currently pending Motions to Dismiss moot. The requested extension will not affect any other scheduled dates in this case. This is the parties' second request for an extension of the briefing schedule concerning Defendants' Motions to Dismiss. We have conferred with Defendants' counsel and Defendants consent to the extension.

Respectfully submitted,

/s/ Alan Goldstein
Lisa Bloom
Arick Fudali
Yasmine Meyer
Alan Goldstein
Devin Meepos

cc: All Counsel of Record via ECF

Plaintiff's request for an extension of time to oppose the pending motions to dismiss is GRANTED. The current deadline to oppose the motion shall be extended to July 21, 2025, and the deadline for Defendants' replies shall be extended until August 18, 2025.

Dated: June 20, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

---

Our attorneys are admitted to practice law in California, Nevada, New York, Florida and Texas
26565 Agoura Road, Suite 200| Calabasas | CA | 91302 | Office: (818) 914-7397 | Fax: (818) 884-8079 | TheBloomFirm.com