UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br>    v.<br><br>SEAN COMBS, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC., BAD BOY PRODUCTIONS HOLDINGS INC., BAD BOY BOOKS HOLDINGS INC., DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20,<br><br>        Defendants. | CASE NO. 1:25-CV-00996-JLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

   Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff and his counsel hereby give notice that all claims asserted in the Complaint against Defendants Bad Boy Entertainment LLC; Bad Boy Records LLC; Bad Boy Entertainment Holdings Inc.; Bad Boy Productions Holdings Inc.; and Bad Boy Books Holdings Inc. are hereby voluntarily dismissed without prejudice.

   The caption in this action shall be amended to exclude these defendants. See amended caption below.

Dated: August 13, 2025           Respectfully Submitted,

_____
Signature of Plaintiff's counsel Lisa Bloom
Firm Name: THE BLOOM FIRM PC
Address: 26565 Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: 818-914-7397
Email: lisa@thebloomfirm.com

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOE,<br><br>        Plaintiff,<br>  v.<br><br>SEAN COMBS, DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20,<br><br>        Defendants. | CASE NO. 1:25-CV-00996-JLR |

2