**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br>  v.<br><br>SEAN COMBS, BAD BOY ENTERTAINMENT LLC, BAD BOY RECORDS LLC, BAD BOY ENTERTAINMENT HOLDINGS INC., BAD BOY PRODUCTIONS HOLDINGS INC., BAD BOY BOOKS HOLDINGS INC., DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20,<br><br>       Defendants. | CASE NO. 1:25-CV-00996-JLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff and his counsel hereby give notice that all claims asserted in the Complaint against Defendants Bad Boy Entertainment LLC; Bad Boy Records LLC; Bad Boy Entertainment Holdings Inc.; Bad Boy Productions Holdings Inc.; and Bad Boy Books Holdings Inc. are hereby voluntarily dismissed without prejudice.

The caption in this action shall be amended to exclude these defendants. See amended caption below.

Dated: August 13, 2025

Respectfully Submitted,

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Dated: August 15, 2025
    New York, New York

*Lisa Bloom*

Signature of Plaintiff's counsel Lisa Bloom
Firm Name: THE BLOOM FIRM PC
Address: 26565 Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: 818-914-7397
Email: lisa@thebloomfirm.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JOHN DOE,                                                    CASE NO. 1:25-CV-00996-JLR

          Plaintiff,

    v.

SEAN COMBS, DOE CORPORATIONS  1-10, AND
DOE DEFENDANTS 11-20,

         Defendants.