# THE BLOOM FIRM
## Attorneys at Law

February 25, 2026

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> Request GRANTED. Plaintiff shall file a letter, not to exceed three pages in length, addressing the below two recently decided cases by **March 5, 2026**.
>
> **SO ORDERED.**
>
> Dated: February 26, 2026
> New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re: ***Julian Sapp v. Sean Combs, et al.***; Case No. 1:25-cv-00996 (JLR)

Dear Judge Rochon:

We represent Plaintiff Julian Sapp in the above-captioned matter. We respectfully submit this letter to request leave of court to address two recently decided cases raised by Defendant for the first time in his Reply brief to his pending Rule 12(b)(6) motion. The two cases are *Steve Otis v. Sean Combs et al.*, No. 25-CV-1652 (LAP), 2026 WL 42492 (S.D.N.Y. Jan. 5, 2026) (ECF No. 181) and *Barzi v. Combs et al*, No. 24-CV-7973, 2026 WL 366811 (S.D.N.Y. Feb 10, 2026).

Defendant does not consent to Plaintiff's submission of the requested letter.

Respectfully submitted,

/s/ Lisa Bloom
Lisa Bloom
Arick Fudali
Yasmine Meyer
Alan Goldstein
Devin Meepos

Enclosure/Attachment
cc: All Counsel of Record via ECF