UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN SAPP,

Plaintiff,

-against-

SEAN COMBS, DOE CORPORATIONS 1-10, AND DOE DEFENDANTS 11-20.,

Defendant.

25 CIVIL 00996 (JLR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated September 18, 2026, Combs's motion to dismiss is GRANTED. Counts II through XV are dismissed as untimely, and Count XII is also dismissed for failure to plead the elements of California Civil Code § 1708.8(a). The Court declines to exercise supplemental jurisdiction over Count I, which is dismissed without prejudice. Additionally, at Plaintiffs instruction, see Tr. at 3:7-16, all claims against Defendants Doe Corporations 1-10 and Doe Defendants 11-20 are dismissed; accordingly, the case is closed.

**Dated:** New York, New York
September 23, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**