UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN SAPP,

Plaintiff,

-against-

SEAN COMBS,

Defendant.

Case No. 1:25-cv-00996 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at the October 20, 2026 conference before this Court, Sher Tremonte's motion to withdraw as counsel for Defendant Combs, Dkt. 81, is DENIED without prejudice and with leave to renew via letter motion after the Court's ruling on Plaintiff's pending motion for reconsideration, Dkt. 80.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 81.

Dated: October 20, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge