UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN SAPP,

Plaintiff,

-against-

SEAN COMBS, DOE CORPORATIONS 110, and DOE DEFENDANTS 11-20,

Defendants.

Case No. 1:25-cv-00996 (JLR)

**SCHEDULING ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 9, 2026, counsel for Defendant Sean Combs, Sher Tremonte LLP, filed a motion to withdraw as attorneys for Defendant, Dkt. 81, as well as a declaration in support that motion from Erica A. Wolff, Dkt. 82. On October 20, 2026, the Court denied counsel's motion to withdraw without prejudice and with leave to renew via letter motion after the Court's ruling on Plaintiff's motion for reconsideration. Dkt. 90. On November 9, 2026, following the Court's ruling on Plaintiff's motion for reconsideration, Dkt. 91, Sher Tremonte renewed its motion to withdraw as attorneys for Defendant Combs, the only remaining Defendant in this case. Dkt. 92.

The Court GRANTS the motion to withdraw as attorneys for Defendant. Under Local Civil Rule 1.4, an attorney of record may withdraw "only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal." Local Civil Rule 1.4. The Court finds satisfactory reasons for withdrawal in Ms. Wolff's supporting declaration, which attests to the nonpayment of legal fees and a breakdown in attorney-client communications, *see* Dkt. 82. *See Murphy v. LaJaunie,* No. 13 Civ. 6503 (RJS), 2016 WL 11951738, at *7 (S.D.N.Y. Aug. 10, 2016). Other courts in this District have similarly concluded the breakdown in the relationship between Sher Tremonte and Combs constitutes good cause for withdrawal. *See, e.g.*, *Combs v.*

*Burgess, et al.,* No. 25-CV-650 (JPC), ECF No. 130 (S.D.N.Y. Oct. 21, 2026); *Doe v. Combs, et al*., No. 24-CV-7774 (JPO), ECF No. 86 (S.D.N.Y. Oct. 22, 2026).

Within seven days of the date of this Order, Sher Tremonte shall serve this Order upon Defendant Combs by emailing a copy to Combs's power of attorney and by USPS Priority Mail to Defendant's current facility mailing address. By December 10, 2026, Defendant Combs shall submit a letter advising the Court whether he has retained new counsel or intends to proceed pro se. The Clerk of the Court is directed to close the motion at Dkt. 92 and terminate Sher Tremonte as counsel for Defendant Combs.

Dated: November 10, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge